

**ORDERED in the Southern District of Florida on February 4, 2016.**

_____
**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 15-20892-RBR |
| GEORGE SALIBA, | : | CHAPTER 7 |
| Debtor. | : | |

### ORDER DENYING AS MOOT THE TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY (2007 AUDI A8 VEHICLE) [D.E. 47]

THIS CAUSE, having been scheduled to come before the Court on February 3, 2016 at 9:30 A.M. to consider the Trustee's *Motion for Turnover of Property (2007 Audi A8 Vehicle)* [D.E. 47] and the Court, having been advised that the matter is agreed, it is

**ORDERED AND ADJUDGED** as follows:

1. The Trustee's *Motion for Turnover of Property (2007 Audi A8 Vehicle)* [D.E. 47] is **DENIED AS MOOT**.

###

Submitted by

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, FL 33155
Tel. 305-263-3328
Fax 305-263-6335
e-mail   rangueir@bellsouth.net


Copies furnished to:
Robert A. Angueira, Esq.

*(Attorney Robert Angueira is directed to serve copies of this Order upon the Debtor, the Trustee, the Attorney for the Debtor, the U.S. Trustee and all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*